U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 10 PM 2: 24

CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MANSFIELD HELIFLIGHT, INC.,
and ERIC D. CHASE                          )
                                           )
            Plaintiffs,                    )
                                           )
v.                                         )        Civil Action No. 2:25-cv-00388
                                           )
NICHOLAS R. LONGO,                         )        The Hon. Christina Reiss
INDIVIDUALLY AND IN HIS OFFICIAL)
CAPACITY AS DIRECTOR OF                    )
AVIATION FOR THE CITY OF                   )
BURLINGTON                                 )
                                           )
DAVID E. CARMAN, INDIVIDUALLY )
AND IN HIS OFFICIAL CAPACITY AS )
DEPUTY DIRECTOR OF AVIATION                )
FOR THE CITY OF BURLINGTON                 )
                                           )
CITY OF BURLINGTON, VERMONT                )
                                           )
and                                        )
                                           )
JOHN DOES ONE, TWO, THREE, ETC.  )
                                           )
            Defendants.                    )

## STIPULATED ORDER RE: PROTOCOL FOR PRODUCTION OF ESI

Pursuant to Fed. R. Civ. P. 34(b)(2)(E) and Rule 26, the Court hereby enters the following

Protocol to govern the search and production of Electronically Stored Information (ESI):

### 1.    General Principles.

The parties shall take reasonable, good-faith steps to preserve and produce relevant ESI.

Production shall be governed by the principle of proportionality as set forth in Rule 26(b)(1).

**2.    Production Format.**

All ESI shall be produced in the following formats:

a.    When producing documents originating from ESI, care should be taken to ensure that the production provides the parties with a reasonable ability to search and filter the documents based on the text and metadata that was available in the ordinary course of business. The detailed production format outlined below is an industry standard format and is requested. The fact that images of documents are produced means that documents can be Bates numbered and the number can be permanently "endorsed" onto the image. Native files are requested and produced for specified file types such as spreadsheets or database files where a review of the image is not helpful. Finally, industry standard load files are included that provide metadata for sorting the documents based on senders, dates etc. and the text extracted from the ESI is provided for full content searching.                                                         b.

Emails, should be produced as single page tiff image files (JPEG is fine for color documents) and named per sequential production numbers. ex. PR000001.tif.

c.    Attachments should be produced as single page tiff image files (JPEG is fine for color documents) and named per sequential production numbers following their parent email. Ex PR000002.tif.

d.    Electronic files should be produced as single page tiff image files (JPEG is fine for color documents) and named per sequential production numbers. ex. PR000003.tiff

e.    All produced images should be endorsed with the production "Bates number."

f.    The extracted text from the native files should be produced in document level text files using the same naming scheme as the file from which the text was extracted ex. PR000001.txt.

2

g.      Microsoft Access files, Excel files, media files, documents with embedded formulas and any other files that are not useful when converted to images should be produced natively with an image placeholder for the next Bates number. The native file version should use the same naming convention as the other tiff image files. So an excel spreadsheet would produce as: PR000004.xlsx

h.      A delimited text file (Load file) in .DAT standard format should be produced which contains metadata extracted from the native files and cross referenced to the beginning production number used to name the image files. Data provided should include but is not limited to the following.

```
Begdoc#
Enddoc#
Begattach#
Endattach#
Email Subject
Date/Time sent
Date/Time received
To (Display Name)
From (Display name)
Cc (Display name)
Bcc (Display name)
To (EMAIL ADDRESS)
FROM (EMAIL ADDRESS)
CC (EMAIL ADDRESS)
BCC (EMAIL ADDRESS)
Message ID
Email Header
Read
Filename
Author
Company
Date/Time created
Date/Time modified
File extension
Md5hash
Custodian
Native file path (Relative path to the produced native file)
```

Text File path (Relative path to the produced text file)

i.   An image load file should be produced in .OPT format to load the single page tiff images. The image load file should do the following:

a.   Accurately define the document breaks that existed in the native files prior to converting them to tiff image format for production.

b.   Contain accurate path information based on the folder structure containing the produced images.

**3.    Search Terms.**

The parties will make a good faith effort to locate specific relevant items and avoid "data dumping." If any party believes the production is deficient, it may request a meet and confer communication to resolve the matter.

**4.    Privilege and Logging.**

Rule 502(d): Pursuant to Fed. R. Evid. 502(d), the inadvertent production of privileged material does not constitute a waiver in this or any other federal or state proceeding ("Clawback" provision). Privilege Logs: Logs shall be produced within 30 days of the document production.

**5.    Costs**

Each party shall bear its own costs of production, unless otherwise ordered by the Court for "extraordinary" requests under the proportionality standard.

IT IS SO ORDERED.
Dated: March 10th, 2026

UNITED STATES DISTRICT JUDGE

ClarkHill\M8787\514673\286780704.v1-3/4/26