UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Mansfield Heliflight, Inc., et al.<br>Plaintiff(s),<br><br>v.<br><br>Nic Longo, et al.<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-388-cr |

**SECOND STIPULATED MOTION/ORDER TO EXTEND DISCOVERY DEADLINES**

NOW COME the Plaintiffs and Defendants in the above-captioned action, by and through their counsel ("Parties") and request this Honorable Court to extend the deadlines set forth in the Stipulated Motion/Order to Extend Discovery Deadlines ("Scheduling Order") to allows the parties a reasonable amount of additional time to schedule and complete depositions.

As grounds for this motion the Parties state as follows:

1. Plaintiffs completed six of the eight depositions of fact witnesses they intend to take before the current deadline of August 21, 2026 (including all Defendants), and have scheduled the remaining two depositions for August 27, 2026 and August 28, 2026. This includes the deposition of former Beta Technologies employee Art Klugo, whose deposition was rescheduled from August 10, 2026 because of a personal matter that the witness needed to manage.

2. Defendants timely scheduled the depositions of Eric Mansfield and Tina Linberg, the two fact witnesses they intend to depose, for August 19, 2026 and August 20, 2026.

3. As a result of Plaintiffs' supplemental production of financial documents and the recently Amended Complaint, Defendants requested additional time to prepare for the depositions of Mr. Mansfield and Ms. Lindberg, and the Parties agreed to reschedule those depositions to

September 29, 2026 and September 30, 2026.

4. Because the dates that the Parties have agreed upon for completing the depositions of fact witnesses are beyond the current August 21, 2026 deadline, it is necessary to seek leave of the Court to extend the deadlines of the Scheduling Order as follows.

WHEREFORE, the Parties respectfully request that the Court amend the Scheduling Order as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Depositions of all non-expert witnesses | August 21, 2026 | October 5, 2026 |
| Plaintiffs' expert witness reports | September 18, 2026 | November 17, 2026 |
| Depositions of Plaintiffs' expert witnesses | October 2, 2026 | November 30, 2026 |
| Defendants' expert witness reports | October 16, 2026 | December 14, 2026 |
| Depositions of Defendants' expert witnesses | October 30, 2026 | December 31, 2026 |
| Motions for joinder/amendments of pleadings | October 30, 2026 | December 14, 2026 |
| Service of requests for admission | November 8, 2026 | December 23, 2026 |
| Completion of all discovery | December 11, 2026 | January 25, 2027 |
| Motions, including summary judgement but excluding motions relating to the conduct of trial | December 8, 2026 | February 1, 2027 |
| Ready for trial | January 20, 2027 | March 6, 2027 |

Respectfully Submitted,

*/s/ Pietro J. Lynn*__________
Pietro J. Lynn
Hans Lynn
Lynn, Lynn, Blackman & Toohey, P.C.
76 Paul Street
Burlington, Vermont 05401
(o) 802.860.1500
Plynn@lynnlawvt.com
Hanslynn@lynnlawvt.com

*/s/ M. Roy Goldberg*__________
M. Roy Goldberg
CLARK HILL PLC
601 Thirteenth Street, N.W.
Suite 600 South
Washington, D.C. 20005
Tel. (202) 552-2388
Email: rgoldberg@clarkhill.com
(Admitted Pro Hac Vice)

Counsel for Defendants

Steven Watson, Vermont Bar No. 2482
Brooks & Watson, PLC
396 Main Street, Suite A
Westbrook, ME 04092-4390
Tel. (802) 825-9339
Email: steve@brookswatsonplc.com

Chris Duggan
SMITH DUGGAN CORNELL & GOLLUB LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
Tel. (617) 228-4444
Email: Chris.Duggan@smithduggan.com
(Admitted Pro Hac Vice)

Counsel for Plaintiffs

Dated: August 20, 2026

**APPROVED and SO ORDERED:**

Date: ____________________________

____________________________
U.S. District Judge

**Local Form/Rule 26(a)(3)**