U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 17 P 4:06

CLERK
BY ________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Mansfield Heliflight, Inc., et al. Plaintiff(s), | ) | |
| v. | ) | Case No. 2:25-cv-388-cr |
| Nic Longo, et al. Defendant(s). | ) | |

**THIRD STIPULATED MOTION/ORDER TO EXTEND DISCOVERY DEADLINES**

NOW COME the Plaintiffs and Defendants in the above-captioned action, by and through their counsel ("Parties") and request this Honorable Court to extend the deadlines set forth in the Stipulated Motion/Order to Extend Discovery Deadlines ("Scheduling Order") to allows the parties a reasonable amount of additional time to complete expert reports and depositions.

As grounds for this motion the Parties state as follows:

1. Plaintiffs and Defendants have completed the depositions of all non-expert witnesses.

2. As a result of Plaintiffs' experts having pre-existing workload commitments in mid-October and early November, Plaintiffs are requesting an additional 17 days to produce their expert reports, making them due on December 4, 2026 instead of November 17, 2026. The Parties have agreed to that extension as well as corresponding extensions to the remaining deadlines, resulting in a trial ready date of March 22, 2027 instead of March 6, 2027.

3. Because the extensions the Parties have agreed upon are beyond the current deadlines, it is necessary to seek leave of the Court to extend the deadlines of the Scheduling Order as follows.

WHEREFORE, the Parties respectfully request that the Court amend the Scheduling Order as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Depositions of all non-expert witnesses | October 5, 2026 | |
| Plaintiffs' expert witness reports | November 17, 2026 | December 4, 2026 |
| Depositions of Plaintiffs' expert witnesses | November 30, 2026 | December 30, 2026 |
| Defendants' expert witness reports | December 14, 2026 | January 15, 2027 |
| Depositions of Defendants' expert witnesses | December 31, 2026 | February 12, 2027 |
| Motions for joinder/amendments of pleadings | December 14, 2026 | January 15, 2027 |
| Service of requests for admission | December 23, 2026 | February 19, 2027 |
| Completion of all discovery | January 25, 2027 | February 26, 2027 |
| Motions, including summary judgement but excluding motions relating to the conduct of trial | February 1, 2027 | March 12, 2027 |
| Ready for trial | March 6, 2027 | March 22, 2027 |

Respectfully Submitted,

*/s/ Pietro J. Lynn*
Pietro J. Lynn
Hans Lynn
Lynn, Lynn, Blackman & Toohey, P.C.
76 Paul Street
Burlington, Vermont 05401
(o) 802.860.1500
Plynn@lynnlawvt.com
Hanslynn@lynnlawvt.com
Counsel for Defendants

*/s/ M. Roy Goldberg*
M. Roy Goldberg
CLARK HILL PLC
601 Thirteenth Street, N.W.
Suite 600 South
Washington, D.C. 20005
Tel. (202) 552-2388
Email: rgoldberg@clarkhill.com
(Admitted Pro Hac Vice)

Steven Watson, Vermont Bar No. 2482
Brooks & Watson, PLC
396 Main Street, Suite A
Westbrook, ME 04092-4390
Tel. (802) 825-9339
Email: steve@brookswatsonplc.com

Christopher A. Duggan
SMITH DUGGAN CORNELL & GOLLUB LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
Tel. (617) 228-4444
Email: Chris.Duggan@smithduggan.com
(Admitted Pro Hac Vice)

Counsel for Plaintiffs

Dated: November 16, 2026

**APPROVED and SO ORDERED:**

Date: 11/17/26

U.S. District Judge

**Local Form/Rule 26(a)(3)**